AO 240 (Rev. 6/86) Application to Proceed

# United States District Court

**Southern** DISTRICT OF **Texas**

United States District Court
Southern District of Texas
FILED

NOV 27 2000

Michael N. Milby
Clerk of Court

4

**Baldemar Fernandez Villanueva**

v.

**USA**

APPLICATION TO PROCEED IN
FORMA PAUPERIS, SUPPORTING
DOCUMENTATION AND ORDER

CASE NUMBER: **B-00-174**

---

I, **Baldemar Villanueva**, declare that I am the (check appropriate box)

☐ petitioner/plaintiff     ☑ movant (filing 28 U.S.C. 2255 motion)

☐ respondent/defendant     ☐ _____ other

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

In further support of this application, I answer the following questions.

1. Are you presently employed?  Yes ☐  No ☑

    a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

    b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

2. Have you received within the past twelve months any money from any of the following sources?

    a. Business, profession or other form of self-employment        Yes ☐  No ☑
    b. Rent payments, interest or dividends?                         Yes ☐  No ☑
    c. Pensions, annuities or life insurance payments?               Yes ☐  No ☑
    d. Gifts or inheritances?                                        Yes ☐  No ☑
    e. Any other sources?                                            Yes ☑  No ☐

My mother or sister send me 20. doll, sometimes

DATE: 11/16/2000   TIME: 14:26:38

# BIG SPRING CORRECTIONAL CENTE.
## Inmate Statement

Page 1 of 2

**BOP #:** 82790-079          **Inmate Name:** Fernandez-Villanueva, Baldemar

**Ledger Balance:** $20.08     **Avail. Balance:** $20.08

| DATE | TIME | FROM | TO | RCPT# | AMOUNT | COMMENT | WHO |
|---|---|---|---|---|---|---|---|
| 11-14-2000 | 09:37 | MAIL | MORD | 170806 | 20.00 | MR: FRANCISCO VILLAN | carey |
| 11-13-2000 | 09:56 | IMTR | COMS | 170591 | -37.92 | Commissary Sale | chpos1 |
| 11-07-2000 | 17:55 | ADJS | FRP | 168898 | -9.00 | FRP PAYMENT | luci |
| 11-07-2000 | 04:05 | IPAY | BPAY | 166170 | 15.00 | Environmental Svc. 4 | becky |
| 11-07-2000 | 04:05 | IPAY | PPAY | 166169 | 30.94 | Environmental Svc. 4 | becky |
| 11-06-2000 | 09:48 | IMTR | COMS | 165046 | -29.55 | Commissary Sale | chpos1 |
| 10-31-2000 | 17:28 | MAIL | MORD | 163855 | 30.00 | MR: F.VILLANUEVA | luci |
| 10-23-2000 | 10:22 | IMTR | COMS | 160914 | -3.00 | Commissary Sale | chpos1 |
| 10-23-2000 | 10:22 | IMTR | COMS | 160911 | -16.45 | Commissary Sale | chpos1 |
| 10-16-2000 | 16:41 | MAIL | MORD | 158939 | 20.00 | MR: F.VILLANUEVA | luci |
| 10-16-2000 | 09:56 | IMTR | COMS | 158630 | -6.16 | Commissary Sale | chpos2 |
| 10-09-2000 | 14:36 | ADJS | FRP | 155614 | -8.00 | FRP PAYMENT | luci |
| 10-09-2000 | 14:36 | ADJS | FRP | 155613 | -8.00 | FRP PAYMENT | luci |
| 10-09-2000 | 13:46 | IMTR | COMS | 155459 | -63.43 | Commissary Sale | chpos2 |
| 10-08-2000 | 21:39 | IPAY | OPAY | 153109 | 5.00 | Non-Compliance 4 | becky |
| 10-08-2000 | 20:58 | IPAY | OPAY | 150482 | -5.00 | Non-Compliance 4 | becky |
| 10-06-2000 | 08:04 | IPAY | OPAY | 147748 | 5.00 | Non-Compliance 4 | becky |
| 10-03-2000 | 16:21 | MAIL | MORD | 145813 | 20.00 | MR: F.VILLANUEVA | carey |
| 10-03-2000 | 16:21 | MAIL | MORD | 145812 | 60.00 | MR: F.VILLANUEVA | carey |
| 10-02-2000 | 10:51 | IMTR | COMS | 145021 | -19.56 | Commissary Sale | chpos2 |
| 09-20-2000 | 15:28 | MAIL | MORD | 143095 | 20.00 | MR: F.VILLANUEVA | luci |
| 09-18-2000 | 10:51 | IMTR | COMS | 141746 | -13.39 | Commissary Sale | chpos1 |
| 09-15-2000 | 15:18 | MAIL | DOMC | 133185 | 10.00 | MR: BALDEMAR VILLANV | carey |
| 09-11-2000 | 09:37 | IMTR | COMS | 138482 | -22.23 | Commissary Sale | chpos1 |
| 09-08-2000 | 08:35 | IPAY | BPAY | 135698 | 8.00 | Environmental Svc. 4 | becky |
| 09-08-2000 | 08:35 | IPAY | PPAY | 135697 | 17.64 | Environmental Svc. 4 | becky |
| 09-05-2000 | 10:02 | IMTR | COMS | 133659 | -1.38 | Commissary Sale | chpos1 |
| 08-21-2000 | 11:06 | IMTR | COMS | 129415 | -26.12 | Commissary Sale | chpos2 |
| 08-14-2000 | 10:09 | IMTR | COMS | 126798 | -5.69 | Commissary Sale | chpos1 |
| 08-11-2000 | 17:44 | MAIL | MORD | 126305 | 20.00 | MR: F.VILLANUEVA | luci |
| 08-08-2000 | 15:51 | IMTR | COMS | 124753 | -8.15 | Commissary Sale | chpos1 |
| 07-31-2000 | 09:43 | IMTR | COMS | 118856 | -48.66 | Commissary Sale | chpos2 |
| 07-25-2000 | 10:09 | MAIL | MORD | 116984 | 50.00 | MR: F.VILLANUEVA | becky |
| 07-25-2000 | 10:09 | MAIL | MORD | 116985 | 20.00 | MR: F.VILLANUEVA | becky |
| 07-24-2000 | 13:53 | IMTR | COMS | 117033 | -10.54 | Commissary Sale | chpos2 |

# BIG SPRING CORRECTIONAL CENTE
## Inmate Statement

| DATE | TIME | FROM | TO | RCPT# | AMOUNT | COMMENT | WHO |
|---|---|---|---|---|---|---|---|
| 04-11-2000 | 16:25 | MAIL | MORD | 74859 | 20.00 | MR: F.VILLANUELA | luci |
| 04-03-2000 | 11:00 | IMTR | COMS | 68673 | -19.04 | Commissary Sale | chpos1 |
| 03-27-2000 | 16:07 | MAIL | MORD | 68023 | 20.00 | MR: F.VILLANUEVA | luci |
| 03-07-2000 | 15:38 | IMTR | COMS | 58465 | -29.07 | Commissary Sale | chpos1 |
| 03-06-2000 | 16:36 | MAIL | MORD | 57415 | 30.00 | MR: A.VALLANUEVA | luci |
| 02-23-2000 | 10:28 | IMTR | COMS | 53793 | -41.37 | Commissary Sale | chpos2 |
| 02-22-2000 | 11:07 | MAIL | OTCK | 52715 | 41.48 | MR: VICTORIA CO. | luci |