AO 240 Reverse

B-00-174

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

3. Do you own any cash, or do you have money in checking or savings accounts?
   Yes ☐   No ☑   (Include any funds in prison accounts.)
   If the answer is "yes," state the total value of the items owned.

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?
   Yes ☐   No ☑
   If the answer is "yes," describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

United States District Court
Southern District of Texas
FILED
Entered
DEC 0 5 2000
Michael N. Milby
Clerk of Court

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __11-16-00__          X _Baldemar Fernandez Villanueva_
              (Date)                      Signature of Applicant

---

**CERTIFICATE**
(Prisoner Accounts Only)

I certify that the applicant named herein has the sum of $ __20.08__ on account to his credit at the __Cedar Hill Unit__ institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: __Big Spring Correctional Center__

I further certify that during the last six months the applicant's average balance was $ __See attached form__

__Luci Padron / Inmate Trust__
Authorized Officer of Institution

---

**ORDER OF COURT**

| The application is hereby denied | The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor. |
|---|---|
| _____  _____ | _____  __12/4/00__ |
| United States Judge    Date | United States Judge or Magistrate    Date |