6

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 1 9 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Respondent, | § | |
| | § | |
| vs. | § | C.R. NO. B-99-032 |
| Baldemar Fernandez-Villanueva | § | |
| Petitioner. | § | |
| (C.A. NO. B-00-174) | § | |

ORDER

It is hereby ORDERED that Petitioner's 'ineffective assistance' claim be set for an evidentiary hearing on the _15TH_, day of _FEBRUARY_, 2001, at _1:30 P_.M.

The United States District Clerk's Office is ORDERED to summon to the hearing the Petitioner's trial counsel, Luis Saenz, 117 East Price, Brownsville, Texas, 78521.

SIGNED this _17 TH_ day of _JANUARY_ 2001.

_____
UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE