# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
JAN 22 2001
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| BALDEMAR VILLANUEVA-FERNANDEZ | § | |
| | § | CIVIL ACTION NO. B-00-174 |
| VS. | § | |
| | § | CRIMINAL NO. B-99-032 |
| UNITED STATES OF AMERICA | § | |

## ORDER APPOINTING COUNSEL

Because the above-named defendant has testified under oath or has otherwise satisfied this court that he is financially unable to employ counsel, and because the interests of justice so require, the Federal Public Defender is hereby appointed to represent this person in the above-designated case.

The appointment shall remain in effect until terminated or a substitute attorney is appointed.

DONE at Brownsville, Texas, on January 22, 2001.

John Wm. Black
United States Magistrate Judge