AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

CAB-00-174

| | DATE 1/23/01 |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) Mary Bottomly | TITLE Dep'm |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Left copies with Mr. Luis Saenz's Secretary Janie Carrizales

United States District Court
Southern District of Texas
FILED
JAN 25 2001
Michael N. Milby
Clerk of Court

### STATEMENT OF SERVICE FEES

| TRAVEL 10 mi RT 3.25 | SERVICES 45.00 | TOTAL 48.25 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 1/23/01
Date

Signature of Server: Mary Bottomly

Address of Server: 600 E. Harrison, Brownsville, TX

United States District Court
Southern District of Texas
RECEIVED
JAN 25 2001
Michael N. Milby, Clerk of Court

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.