9

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION



United States District Court
District of Texas
FILED

FEB 13 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| BALDEMAR VILLANUEVA-FERNANDEZ | § | |
| | § | CIVIL ACTION NO. B-00-174 |
| VS. | § | |
| | § | CRIMINAL NO. B-99-032 |
| UNITED STATES OF AMERICA | § | |

### ORDER APPOINTING COUNSEL

On January 22, 2001 an Order Appointing Counsel, (Docket No. 7), was entered appointing the Federal Public Defender. The court has been notified by the Federal Public Defender that there is a conflict of interest regarding the above named Defendant. The court, on its own motion, is hereby withdrawing the Federal Public Defender.

IT IS **ORDERED** that the Federal Public Defender, is hereby withdrawn as attorney in the above styled and numbered cause and that attorney Rene DeCoss is hereby **ORDERED APPOINTED** to represent Baldemar Villanueva-Fernandez.

DONE at Brownsville, Texas, on February 13, 2001.

John Wm. Black
United States Magistrate Judge