11

United States District Court
Southern District of Texas
FILED

FEB 15 2001

Michael N. Milby
Clerk of Court

THE HONORABLE JOHN WM. BLACK

FRIENDLY SUIT HEARING

CIVIL ACTION NO. <u>B-00-174</u>          DATE & TIME: <u>02-15-01 AT 1:30 P.M.</u>

<u>BALDEMAR FERNANDEZ-VILLANUEVA</u>     PLAINTIFF(S) <u>RENE DECOSS</u>
                                     COUNSEL

VS.

<u>UNITED STATES OF AMERICA</u>           DEFENDANT(S) <u>MARK DOWD</u>
                                     COUNSEL

---

ERO-Gabriel Mendieta
CSO-Ruben Salinas
Interpreter-Sandra Cortez
USMS-Doug Atkinson

Attorneys Rene DeCoss, Mark Dowd appeared.

Baldemar Fernandez-Villanueva testified. Luis Saenz, attorney for plaintiff in original case, testified.

Judge Black will prepare a Report and Recommendation.