12

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
- BROWNSVILLE DIVISION -

United States District Court
Southern District of Texas
ENTERED
APR 2 4 2001
Michael N. Milby, Clerk Of Court
By Deputy Clerk

| | |
|---|---|
| BALDEMAR FERNANDEZ-VILLANUEVA, § | |
|    Plaintiff-Petitioner, § | |
| § | CIVIL ACTION NO. B-00-174 |
| VS. § | |
| § | CRIMINAL NO. B-99-032 |
| UNITED STATES OF AMERICA, § | |
|    Defendant-Respondent. § | |

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Pending before the court is the petition of Baldemar Fernandez-Villanueva ("Fernandez-Villanueva") filed pursuant to 28 U.S.C. § 2255 (Docket No. 1). The government filed a Response and Motion to order a hearing on Motion for Relief Under 28 U.S.C. § 2255 (Docket No. 3).

Initially, by Order entered on January 22, 2001, (Docket No. 7) the Federal Public Defender was appointed to represent Fernandez-Villanueva. However, that agency had a conflict of interest, so Hon. Rene DeCoss, a member of the bar of this court was appointed to represent Fernandez-Villanueva (Docket No. 9).

### BACKGROUND

Fernandez-Villanueva, in his petition claims that his trial counsel was ineffective for failing to file an appeal following Fernandez-Villanueva's trial and conviction for possession of marihuana. The conviction followed Fernandez-Villanueva's second trial. The first trial resulted in a hung jury. Retrial resulted in a guilty verdict on a conspiracy count and a not guilty verdict on a possession count.

Fernandez-Villanueva was sentenced to 41 months, a three year SRT and a $100.00 special

assessment. At his sentencing, Fernandez-Villanueva was advised of his right to appeal.

## THE § 2255 PETITION

In his petition, Fernandez-Villanueva admits that at his sentencing he was advised of his right to appeal. He faults his attorney, Hon. Luis Saenz, a former Cameron County District Attorney and experienced trial attorney, for failing to advise him what an appeal was and for failing to file a notice of appeal.

## FINDINGS AND RECOMMENDATION

An evidentiary hearing was held on February 15, 2001, at which Mr. Saenz testified. This court finds that in fact Fernandez-Villanueva was fully advised of his right to appeal by Mr. Saenz and waived that right.

The quality of Mr. Saenz's representation is demonstrated by the fact that it took the government two trials to convict Fernandez-Villanueva on one count of a two count indictment. His claim of ineffective assistance of counsel is without merit and should be dismissed.

IT IS THEREFORE RECOMMENDED that this case be **DISMISSED**.

A party's failure to file written objections to the proposed findings, conclusions, and recommendation in a magistrate judge's report and recommendation within 10 days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court, provided that the party has been served with notice that such consequences will result from a failure to object. *Douglass v. United Services Automobile Association*, 79 F.3d 1415 (5th Cir. 1996).

ClibPDF - www.fastio.com

DONE at Brownsville, Texas, this 24th day of April, 2001.

John Wm. Black
United States Magistrate Judge

3